UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARTIN D. MOSHIER, III,

                Plaintiff,

                                                                             No. 5:06-CV-748

    vs.

                                                                             (FJS/GJD)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                                                   OF COUNSEL

<u>For the Plaintiff</u>

Gregory R. Gilbert, Esq.
Amdursky, Pelky Law Firm
26 E. Oneida Street
Oswego, NY   13126


<u>For the Defendant</u>

Kristina D. Cohn
Social Security Administration
Office of Regional General Counsel  - Region II
26 Federal Plaza - Room 3904
New York, New York   10278



**FREDERICK J. SCULLIN, JR., S.J.**


### DECISION AND ORDER

      Currently before the Court is Magistrate Judge Gustave J. DiBianco's June 24, 2008

Report-Recommendation to which the parties have filed no objections. Having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed June 24, 2008 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that the decision of the Commissioner is **AFFIRMED** and the Court further

**ORDERS** that the Complaint is **DISMISSED** in all respects and the Court further

**ORDERS** that the Clerk of the court shall enter judgment in favor of the Defendant and close this case.

**IT IS SO ORDERED.**

**Dated:** May 13, 2009
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge